# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Maria Price and David Price**<br>      Plaintiffs,<br><br>    v.<br><br>**Foremost Industries, Inc., GLD Foremost Holdings, LLC, and Daniel Gordon,**<br><br>    Defendants. | **CIVIL ACTION**<br><br>NO. 2:17-cv-00145 |

## ORDER RE: MOTION TO STRIKE & MOTION TO DISMISS

**AND NOW**, this  22nd  day of December 2017, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendants Motion (ECF 13) is GRANTED IN PART AND DENIED IN PART as follows:

- The Motion to Strike is DENIED.
- The Motion to Dismiss is GRANTED WITHOUT PREJUDICE.

Plaintiffs are granted leave to file an amended complaint within 14 days.

                                                      **BY THE COURT:**

                                                      **/s/ Michael M. Baylson**
                                                      **MICHAEL M. BAYLSON, U.S.D.J.**