# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Maria Price and David Price**<br><br>Plaintiffs,<br><br>v.<br><br>**Foremost Industries, Inc. and GLD Foremost Holdings, LLC,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 2:17-cv-00145** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 26th day of April 2018, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 22) is GRANTED WITH PREJUDICE.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**